UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62137-CIV-DAMIAN

**ERIC ROGERS**,

    Plaintiff,
v.

**HERSHA HOSPITALITY MANAGEMENT L.P.**,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## BASED ON JOINT STIPULATION

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation for Dismissal Without Prejudice [ECF No. 6 (the "Stipulation")], filed November 19, 2024. Rule 41(a)(1)(A)(ii) provides that the parties may dismiss an action voluntarily upon the filing of a stipulation of dismissal signed by all parties who have appeared. Here, the stipulation is signed by all parties who have appeared. The stipulation does not specify that the dismissal is with prejudice. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 20th day of November, 2024.

                                                      **MELISSA DAMIAN**
                                                      **UNITED STATES DISTRICT JUDGE**